FILED
2007 Apr-18  AM 10:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

W 1983
TMP

FILED
2007 APR 16  PM 1:45

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: # 206043

Benjamin Butera

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Dewayne Estes, Kairy Crum,
Fredrick Freeman, Deborah Toney,
and Milton Wormely

(Enter above full name(s) of the defendant(s) in this action)

CV-07-CO-0686-W

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk [illegible] of any address change. Failure to do so may result in [illegible] dismissal of your [illegible]

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( ✓ )          No ( )

   B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s):   Benjamin Butera #206043

         Defendant(s):   Bibb County Correctional Officers
         Sgt. Travis Alloway and Lt. Willie Bennett

2. Court (if Federal Court, name the district; if State Court, name the county)

   UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT

3. Docket number   CV-07-LSC-445-W

4. Name of judge to whom case was assigned   Not Available

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   STILL PENDING

6. Approximate date of filing lawsuit   NOT AVAILABLE

7. Approximate date of disposition   NOT AVAILABLE

II. Place of present confinement   BIBB COUNTY CORRECTIONAL FACILITY

A. Is there a prisoner grievance procedure in this institution?
   Yes ( )     No ( X )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )     No ( X )

C. If your answer is YES:

   1. What steps did you take?   I WROTE SEVERAL ANGENCIES CONCERNING MY SITUATION

   2. What was the result?   ONLY THE FEDERAL COURT CLERK AND INSTITUTIONAL INVESTIGATIONS REPLIED

D. If your answer is NO, explain why not?   THERE IS NO GRIEVANCE PROCEDURE HERE, BUT I DID INFORM ALL OF THE DEFENDANTS AS WELL AS THE ATTORNEY GENERAL, I&I, THE COMMISSIONER OF PRISONS, THE DEPUTY COMMISSIONER AND THE FEDERAL COURT CLERK.

III. **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) BENJAMIN BUTERA #206043

   Address 565 BIBB LANE
   BRENT, ALABAMA 35034

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant DEWAYNE ESTES

   is employed as ASSISTANT WARDEN

   at BIBB COUNTY CORRECTIONAL FACILITY

C. Additional Defendants CAPTAIN FREDRICK FREEMAN, CAPTAIN DEBORAH TONEY, LIEUTENANT MILTON WORMELY and CLASSIFICATION SPECIALIST KAIRY CRUM — ALL DEFENDANTS ARE EMPLOYEED AT THE BIBB COUNTY CORRECTIONAL FACILITY.

IV. **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

STATEMENT OF CLAIM
IS LOCATED ON ATTATCHED AFFIDAVIT
MARKED AS "SECTION IV. STATEMENT OF CLAIM."

3

## "SECTION IV STATEMENT OF CLAIM"

On Dec 11-06, I was placed in Investigative Segregation here at Bibb County Correctional Facility by Lt. Milton Wormely. Apparently the shift office had received a phone call from my wife informing this institution that I had an enemy at this facility, that I had made her aware of. Shortly after being placed in segregation (days), I was approached at my cell by Captain F. Freeman, and informed by him that inmate James King B/m #116244 had told him that I was indebted to him, as well as other inmates, in hopes that the Captain would return me to population, so that He (King) could collect on those debts. At first, I denied these debts to the Captain, for fear of disciplinary action. Shortly thereafter, on 1-11-07 I was visited in Segregation by Lt. Wormely, and told by him (Lt.) that if I admitted to these debts, I would be transferred from this facility. I agreed to do so, as I was in fear for my life, to remain at this facility. I received a disciplinary for Rule violation #62 (causing/creating a security, safety or health hazard) I was found guilty, and placed in Administrative Segregation. During this time, my grandmother (Rosa Butera) had spoken to Assistant Warden D. Estes', secretary Ms. Thompson, and others on the telephone, concerning my situation. She was told by Asst. Warden Estes, to mail copies, of the receipts to money orders she had sent to inmates, or their family members, to pay my debts. She did so, and to this date, no action has been taken against these inmates (All Black), The same inmates, who share responsibility, as I did, in violating institutional rules, while I (a white inmate) have been written a disciplinary, found guilty, and placed in Administrative Segregation indefinitely! Once again, the identity of these inmates involved with me in these rule violations, here at this facility, cannot be denied, as two of them are clearly named on my disciplinary report, as well as on the copies of the money order receipts.

"SECTION IV STATEMENT OF CLAIM CONTINUED"

There are at least 10 other inmates (All white) in the same situation as I, here at B.C.C.F. all white, written up for rule violation #62, and placed in Administrative Segregation, while the Black inmates go unpunished for their part in violating the same rules of this institution. Therefore as only white inmates are being punished for these rule violations, and because of comments like these spoken by classification officer K. Crum, wherein he told inmates "To pay up your drug debts, and get out of Seg" and was then told by Captain D. TONEY, "Come on Mr. Crum, we don't have to hear this from these white boys", on 3-15-07, I feel certain that my Equal Protection Rights, under the Fourteenth Amendment, of the Constitution of the United States, have been violated, and that I, a white inmate at the Bibb County Correctional Facility, have been a victim of RACial Discrimination!

I BENJAMIN BUTERA DECLARE UNDER PENALTY OF
PERJURY THAT ALL CLAIMS MADE IN THE FOREGOING
ARE TRUE AND CORRECT

EXECUTED ON 4-12-07

PLAINTIFF(S)
SIGNATURE Benjamin Butera #206043
BENJAMIN BUTERA #206043

**V.  RELIEF**

State briefly <u>exactly</u> what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

PLAINTNIFF IS DEMANDING ALL RELIEF THAT IS REQUESTED IN THE ATTACHED AFFIDAVIT MARKED AS "SECTION I RELIEF" FROM EACH DEFENDANT IN THIS COMPLAINT

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-12-07 .

BENJAMIN BUTERA #206043

Benjamin Butera #206043

Signature(s)

4

"SECTION V RELIEF"

PLAINTIFF BENJAMIN BUTERA IS DEMANDING PUNITIVE AND COMPENSATORY RELIEF FROM THE DEFENDANT(S) AS FOLLOWS FOR HIS PAIN AND SUFFERING AS A RESULT OF DEFENDANT(S) ACTIONS:

| DEFENDANT(S) | RELIEF DEMANDED |
|---|---|
| 1) DEWAYNE ESTES - | $40,000.00 AND COSTS |
| 2) FREDRICK FREEMAN - | $20,000.00 AND COSTS |
| 3) DEBORAH TONEY - | $20,000.00 AND COSTS |
| 4) KAIRY CRUM - | $15,000.00 AND COSTS |
| 5) MILTON WORMELY - | $5,000.00 AND COSTS |

IT IS ALSO DEMANDED BY THE PLAINTIFF THAT ALL DEFENDANTS BE PROPERLY CITED BY THE COURT AND THAT THERE WILL BE AN INVESTIGATION BY THE COURT ON THE ABOVE NAMED DEFENDANTS TO INSURE THAT THIS TYPE OF UNEQUAL TREATMENT OF SIMILAR SITUATED HUMAN BEINGS WILL NOT BE ACCEPTED/OR TOLERATED.

DONE THIS 12th DAY OF APRIL, 2007

_Benjamin Butera #206043_
PLAINTIFF(S) SIGNATURE